**John Thomas ENTLER,
Plaintiff–Appellant,**

v.

**L. YOUNG, Grievance Coordinator,
Defendant–Appellee.**

No. 12–35495.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2013.*

Filed April 23, 2013.

John Thomas Entler, Walla Walla, WA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

MEMORANDUM **

Washington state prisoner John Thomas Entler appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under 28 U.S.C. §§ 1915A and 1915(e)(2). *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000); *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order). We affirm.

The district court properly dismissed Entler's action challenging the prison's grievance procedures because "[t]here is no legitimate claim of entitlement to a prison grievance procedure." *Mann v. Adams,* 855 F.2d 639, 640 (9th Cir.1988).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3. Accordingly, Entler's request for publication is denied.